FILED

MAY 16 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

16 CV 1167 BAS KSC

MY COMPLAINT IS AGAINST THE POLICE DEPARTMENT OF SAN DIEGO.

DR. KATHY ROSE, WORKING FOR THE POLICE. PSYCHIATRIC EMERGENCY RESPONSE TEAM. (P.E.R.T) WITHOUT MY KNOWLEDGE SHE WROTE A LETTER AGAINST ME. WITHOUT MEETING ME PRIOR TO WRITE THIS P.E.R.T. LETTER. THIS LETTER WAS IN EXISTANCE IN 2012. I did NOT KNOW ABOUT THIS. DR. KATHY ROSE HAD RELEASED THIS LETTER TO MY NEIGHBOR NEXT DOOR, CHRISTINA STEWART. ON MAY 15, 2013 MY NEIGHBOR AND ME HAD A COURT HEARING, SUPERIEUR COURT. IN SAN DIEGO. I WAS THE PLAINTIF, WHEN CHRISTINA STEWART TURN CAME UP, SHE HANDED THE BAILIFF A PILES OF PAPERS. THE JUDGE WAS FREDERICK LINK. HE LOOKED THE PAPERS, THEN GOT UP SCREAMING TO THE DEFENDANT. WHERE did YOU GET THIS PAPERS? JUDGE LINK WAS SCREAMING OVER AND OVER AGAIN HE WAS NOT GETTING ANY ANSWER. HE WAS READING THE MATERIAL HE SAID P.E.R.T. WHERE did YOU GET THIS? JUDGE LINK SAID, TO ME, YOU ARE A THREAT TO SOCIETY. YOU SHOULD BE LOCKUP FOR GOOD! I WAS CRYING, WHY THIS LETTER WAS WRITTEN AGAINST ME? TO PUT ME AWAY FOR GOOD! TO MY KNOWLEDGE THIS P.E.R.T. LETTER IS EXTREMELY CONFIDENTIAL. NOT EVEN PRESIDENT OBAMA CAN HAVE ACCESS TO IT! THIS IS WHY ON JUNE 14, 2012 FIVE POLICE CAR CAME AND PARKED IN THE FRONT OF MY PROPERTY. TEN POLICE OFFICERS, ONE OF THEM WAS OFFICER J. GOMEZ #5232. HE WAS SCREAMING, SAYING I WAS GOING TO BE ARRESTED AND BE PLACED IN A MENTAL HOSP. JAIL. OFFICER GOMEZ SET ME UP. THIS IS WHY MY NEIGHBOUR HAS MY PICTURE. SHE GOT A RESTRAINING ORDER AGAINST ME. THE RESTRAINING ORDER CAN BE dISSOLVE.

I CALLED SO MANY TIMES THE POLICE DEPARTMENT. THE NEIGHBOR IS CALLING MY PHONE, SHE IS BREAKING HER OWN RULLING. OFFICER DONAVAN, OFFICER S. FOSTER, OFFICER C. HARRIS, COULD BREAK THE RESTRAINING ORDER. THE POLICE DEPARTMENT STOPPED OFFICER DONAVAN TO BREAK THE RESTRAINING ORDER!

SEPTEMBER 1, 2014. SERGENT OSCAR ARMENTA CAME OVER. I HAD COMPLAINED TO THE SERGENT ABOUT THE SAME NEIGHBOR DOING LASER ON MY FLOOD LIGHTS AND SECURITY CAMERA. THE POLICE IS DEAF. OFFICER J. GOMEZ HAD TOLD ME TO GO BACK TO FRANCE, HE ASKED ME MY INCOME, MY MORTGAGE PAYMENTS. HE SAID YOU MUST HAVE MONEY. THIS IS A DISGRACE COMING FROM A POLICE OFFICER! I CALLED THE INTERNAL AFFAIR OF THE POLICE DEPT. REPORTED TO CAPTAIN MILLS ANDREW ABOUT OFFICER GOMEZ. OCTOBER 3, 2014 I CALLED A LAWYER LOUIS BERTSCHE AT 619-908-1244 I MENTIONED THE LASER COMING FROM NEXT DOOR. HE SAID THAT IS A CRIME IT SHOULD BE REPORTED! THE SAN DIEGO POLICE IS DEAF. THEY DO NOT WANT TO HELP ME. ON THE CONTRARY, THEY HAVE THAT P.E.R.T. LETTER DAMAGING MY REPUTATION AND MY LIFE. CHRISTINA STEWART HAS BEEN FLAGING THAT REPORT AROUND. NEIGHBORS DO NOT SPEAK TO ME!

JULY 21, 2015. CHRISTINA STEWART TOOK ME TO SAN DIEGO SUPERIEUR COURT. I TOLD THE JUDGE THAT I WILL BE TURNING 80 YEARS OLD IN AUGUST. I AM IN VERY GOOD HEALTH, I DO NOT TAKE ANY MEDICATION. I TOLD THE JUDGE THIS IS A VERY STRONG ALLEGATION FOR THE NEIGHBOR TELLING THE COURT THAT I AM MENTALLY ILL —

THE JUDGE AGREE WITH ME. SHE ASKED THE PROOF OF HER ALLEGATION: CHRISTINA STEWARD SAID THE SAN DIEGO POLICE IS TELLING THAT! SHE IS IN POSSESSION OF THE P.E.R.T LETTER.

I ALWAYS HAD AND STILL WILL HAVE THE HIGHEST RESPECT FOR LAW ENFORCEMENTS. MY OWN BROTHER RETIRED AS A POLICE COMMISSIONER. HE IS WELL KNOWN AND HAVE A GOOD RELATION WITH THE AMERICAN CONSUL IN MARSEILLE, FRANCE. I ALSO HAVE A NIECE WHO WORKS FOR THE POLICE IN TOULON, FRANCE.

I AM FILLING A LAWSUIT AGAINST THE SAN DIEGO POLICE DEPARTMENT. FOR:

DEFAMATION OF CHARACTER
AND
DISCRIMINATION

Police Kaviace 5-15-16